# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*   }**ss.** Stephen H. Weil

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Stephen H. Weil was duly admitted to practice in said Court on (11/15/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/25/2025 )

    Thomas G. Bruton , Clerk,

    By:
        Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
November 25, 2025