UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf; Lindsey Gratehouse, on behalf of her minor child M.G. <br> Plaintiff | Case No. 1:26-cv-00172 |
| VS. <br> Harris County, Texas; Ed Gonzalez, LaSalle CC, LaSalle Corrections, LaSalle M.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Pamela Hearn, Gwen Warren, Charlotte Fussell <br> Defendant | Judge Dee D Drell <br> Magistrate Judge Joseph H L Perez-Montes |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>Plaintiff</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Northern District of <u>Illinois</u>. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Alexandria</u> of the firm of <u>Chris Guillet</u> is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from [Clerk@lawd.uscourts.gov](mailto:Clerk@lawd.uscourts.gov). I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| s/ Sam A. Harton | s/ J. Chris Guillet |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Sam A. Harton | Name: John Chris Guillet |
| Firm: Romanucci & Blandin, LLC | Firm: Law Office of J Chris Guillet |
| Address: 321 N Clark Street, STE 900 | Address: 507 2nd Street |
| Chicago, IL 60654 | Natchitoches, LA 71458 |
| Telephone: 312-458-1000 | Telephone: 318-379-4410 |
| Fax: 312-458-1004 | Fax: |
| E-mail: sharton@rblaw.net | E-mail: chris@guilletlaw.com |
| Additional e-mail(s): dkelly@rblaw.net | |

**Certificate of Service**

I hereby certify that on <u>February 16, 2026</u>, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and I hereby certify that I have emailed a copy to LaSalle Correctional Center LLC, LaSalle Management Co LLC, LaSalle Corrections LLC, Clay McConnell, William McConnell, John Stuckey, Paul Smith, Pamela Hearn, Charlotte Fussell, Tara Lindsey and Gwen Warren's attorney, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: <u>Ed Gonzalez and Harris County.</u>

       s/ J. Chris Guillet
             Signature

| | |
|---|---|
| Name: | John Chris Guillet |
| Firm: | Law Office of J Chris Guillet |
| Address: | 507 2nd Street |
| | Natchitoches, LA 71458 |
| Telephone: | 318-379-4410 |
| Fax: | |
| E-mail: | chris@guilletlaw.com |

*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf; Lindsey Gratehouse, on behalf of her minor child M.G. <br> ———————————— <br> Plaintiff | Case No.   1:26-cv-00172 |
| VS. <br> Harris County, Texas; Ed Gonzalez, LaSalle CC, LaSalle Corrections, LaSalle M.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Pamela Hearn, Gwen Warren, Charlotte Fussell <br> ———————————— <br> Defendant | Judge   Dee D Drell <br> Magistrate Judge   Joseph H L Perez-Montes |

**ORDER**

IT IS ORDERED that <u>Sam A. Harton</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge