*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Kim Carlson Lewis, as Personal                    Case No.   1:26-cv-00172
Representative of Erik Carlson, deceased,
and on her own behalf; Lindsey
Gratehouse, on behalf of her minor child
M.G.
_____
                    Plaintiff

                    VS.                            Judge   Dee D Drell
Harris County, Texas; Ed Gonzalez,        Magistrate Judge   Joseph H L Perez-
LaSalle CC, LaSalle Corrections, LaSalle                     Montes
M.C., Clay McConnell, William
McConnell, John Stuckey, Paul Smith,
Pamela Hearn, Gwen Warren, Charlotte
Fussell
_____
                    Defendant

## ORDER

IT IS ORDERED that <u>Stephen H. Weil</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the <u>18th</u> day of <u>Feb.</u>, 20<u>26</u>.

_____
                    U.S. Magistrate Judge