*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf; Lindsey Gratehouse, on behalf of her minor child M.G. | Case No.   1:26-cv-00172 |
| Plaintiff | |
| VS. | Judge   Dee D Drell |
| Harris County, Texas; Ed Gonzalez, LaSalle CC, LaSalle Corrections, LaSalle M.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Pamela Hearn, Gwen Warren, Charlotte Fussell | Magistrate Judge   Joseph H L Perez-Montes |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Sam A. Harton</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the __18th__ day of __Feb__, 20__26__.

_____
U.S. Magistrate Judge