UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, ET AL., | : | CIVIL ACTION NO. 1:26-cv-00172-DDD-JPM |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | JUDGE DEE D DRELL |
| | : | |
| HARRIS COUNTY, TEXAS, ET AL., | : | |
| | : | |
| Defendants | : | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

## <u>MOTION FOR SUSANNAH MITCHAM TO APPEAR PRO HAC VICE</u>

In accordance with the local rules for the United States District Court, Western District of Louisiana, Assistant County Attorney Susannah Coffee Mitcham applies to be admitted pro hac vice to the bar of this court to appear on behalf of Defendants Harris County, Texas and Sheriff Ed Gonzalez in the above-described action. Ms. Mitcham certifies:

- I am a member of the Texas Bar in good standing (Bar No. 24107219) and attached hereto as Exhibit A is a certificate of good standing from the Supreme Court of Texas and a certificate of good standing from the State Bar of Texas.

- I am a member in good standing of the following United States Courts: United States Court of Appeals – Fifth Circuit and Southern District of Texas.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Seth Hopkins, Harris County Special Assistant County Attorney, is appointed as local counsel.

1

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.

- I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

**SETH HOPKINS**
Special Assistant County Attorney
Louisiana Bar No. 26341
Seth.Hopkins@HarrisCountyTx.gov
LOCAL COUNSEL

/s/ Susannah Mitcham
**SUSANNAH MITCHAM**
Assistant County Attorney
Texas Bar No. 24107219
Susannah.Mitcham@HarrisCountyTx.gov
*Applying for pro hac vice admission*

HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Plaza, 15th Floor
Houston, Texas 77002

COUNSEL FOR DEFENDANTS HARRIS
COUNTY, TEXAS AND SHERIFF ED
GONZALEZ

## CERTIFICATE OF SERVICE

I certify that on this 25th day of February 2026, I filed the foregoing Motion to Appear Pro Hac Vice with the Western District of Louisiana CM/ECF system, which will send notification of such filing to all participants.


**SETH HOPKINS**
Special Assistant County Attorney for Litigation
Louisiana Bar No. 26341
Seth.Hopkins@HarrisCountyTx.gov

LOCAL COUNSEL FOR DEFENDANTS
HARRIS COUNTY, TEXAS AND ED
GONZALEZ