UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, ET AL., | : | CIVIL ACTION NO. 1:26-cv-00172-DDD-JPM |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | JUDGE DEE D DRELL |
| | : | |
| HARRIS COUNTY, TEXAS, ET AL., | : | |
| | : | |
| Defendants | : | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

**ORDER**

IT IS ORDERED that SUSANNAH MITCHAM be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendants Harris County, Texas and Sheriff Ed Gonzalez in the above-described action.

SO ORDERED on this, the ___27th___ day of _____February_____, 2026.

_____
THE HONORABLE JOSEPH H L PEREZ-MONTES