AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:26-CV-00172-DDD-JPM
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ed Gonzalez** was received by me on *(date)* _____

- I personally served the summons on **Ed Gonzalez** at *(place)* _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* Candice Kelly , who is designated by law to accept service of process on behalf of *(name of organization)* ED GONZALEZ on *(date)* 02/19/2026 ; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/19/2026

*Server's signature*

TOLULOPE ARIYIBI
*Printed name and title*

19035 Pine harvest Ln Richmond Texas
*Server's address*

Additional information regarding attempted service, etc:

COMPLAINT
SUMMONS IN A CIVIL ACTION
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 260 lbs to 280 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.763494008,-95.3552023884
Photograph: See Exhibit 1

Total Cost: $96.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Harris County__ _Ct_ on __02/19/2026__.

Signature
Tolulope Ariyibi
+1 (832) 876-4683

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf, Lindsey Gratehouse, on behalf of her minor child M.G.

*Plaintiff*

v.

Harris County, Texas, Ed Gonzalez, in his individual and in his official capacities, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C.', LaSalle Management Company, L.L.C., Clay McConnell, in his individual and in his official capacities, William McConnell, in his individual and in his official capacities, John Stuckey, in his individual and in his official capacities, Paul Smith, in his individual and in his official capacities, Pamela Hearn, in her individual and in her official capacities, Gwen Warren, in her individual and in her official capacities, Charlotte Fussell, in her individual and in her official capacities, Tara Lindsey, in her individual and in her official capacities, Doe Nurses #1-5, in their individual capacities, Doe Correctional Officers #1-5, in their individual capacities

Civil Action No. 1:26-cv-00172

*Defendant*

## AFFIDAVIT OF SERVICE

I, Tolulope Ariyibi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Ed Gonzalez in Harris County, TX on February 19, 2026 at 3:58 pm at 1200 Baker St, Houston, TX 77002-1206 by workplace substituted service by leaving the documents at the usual workplace of Ed Gonzalez with Candice Kelley who is the Paralegal Officer for Ed Gonzalez.

COMPLAINT
SUMMONS IN A CIVIL ACTION
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 260 lbs to 280 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.763494008,-95.3552023884
Photograph: See Exhibit 1

Total Cost: $96.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____,
_____ on _____.

Signature
Tolulope Ariyibi
+1 (832) 876-4683



Exhibit 1a)
2/19/2026 3:58 pm CST
1200 Baker St, Houston, TX 77002-1206
29.7634940, -95.3552024



Exhibit 1b)
2/19/2026 3:58 pm CST
1200 Baker St, Houston, TX 77002-1206
29.7634940, -95.3552024

