AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

---

1:26-CV-00172-DDD-JPM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))

This summons for **Harris County TX** was received by me on
*(date)* _____ .

- I personally served the summons on **Harris County TX** at
  *(place)* _____  _____ on
  *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* **Kathryn Kase** , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  **Harris County** _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____
_____ .

I declare under penalty of perjury that this information is true.

Date: 02|19|2026 .

_____
*Server's signature*

TOLULOPE ARIYIBI
*Printed name and title*

19035 Pine Harvest Ln Richmond
TX 77407
*Server's address*

Additional information regarding attemped service,
etc:

Executed in _Harris County_

___on _19th Feb, 2026_.

Signature
Tolulope Ariyibi
+1 (832) 876-4683

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF LOUISIANA ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf; Lindsey Gratehouse, on behalf of her minor child M.G.** | ) ) ) | |
| *Plaintiff* | ) ) ) | Civil Action No. 1:26-cv-00172 |
| v. | ) ) | |
| **HARRIS COUNTY TX, et al.** | ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Tolulope Ariyibi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Harris County, Texas in Harris County, TX on February 19, 2026 at 3:33 pm at 1001 Preston St, Ste 911, Houston, TX 77002-1817 by leaving the following documents with Kathryn M Kade who as Legal counsel is authorized by appointment or by law to receive service of process for Harris County, Texas.

COMPLAINT
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 45-54, Hair: Gray, Glasses: Y, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.7619584542,-95.3604837747
Photograph: See Exhibit 1

Total Cost: $96.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____, 
_____on _____.

Signature
Tolulope Ariyibi
+1 (832) 876-4683



Exhibit 1a)
2/19/2026 3:33 pm CST
1001 Preston St, Ste 911, Houston, TX 77002-1817
29.7619585, -95.3604838



Exhibit 1b)
2/19/2026 3:33 pm CST
1001 Preston St, Ste 911, Houston, TX 77002-1817
29.7619585, -95.3604838



Exhibit 1c)
2/19/2026 3:33 pm CST
1001 Preston St, Ste 911, Houston, TX 77002-1817
29.7619585, -95.3604838