**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KIM CARLSON LEWIS ET AL** | **CASE NO.  1:26-CV-00172** |
| **VERSUS** | **JUDGE DRELL** |
| **HARRIS COUNTY TX ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## NOTICE OF MOTION SETTING WITHOUT DATE

The Motions to Dismiss for Failure to State a Claim (Document No. 16 & 17) filed by Harris County TX, Ed Gonzalez on March 12, 2026 have been referred to Magistrate Judge Perez-Montes.

### Deadlines

Any response to said motion is due within thirty **(30) calendar days** of the date of this notice.  A reply to the response limited **SOLELY** to matters raised by the opposition may be filed within ten **(10) business days** thereafter.  Leave of court will be required to file any additional briefs.  Any party filing no brief will be deemed not to oppose the motion.  At the close of the briefing period, the record will be submitted to the Magistrate Judge for consideration.  A written ruling or recommendation will issue in due course.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument.  Accordingly, responses and briefs should fully address all pertinent issues.  Should the Court feel oral argument is necessary, all parties will be notified.

### Courtesy Copies

Magistrate Judge Perez-Montes does not require courtesy copies.

**DATE OF NOTICE: March 19, 2026**

Daniel J. McCoy
Clerk of Court