UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:26-cv-00172 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

CONSIDERING THE FOREGOING "Consent Motion For Extension of Time to File Responsive Pleadings" filed on behalf of Defendants, LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., LaSalle Corrections, LLC, William McConnell, Clay McConnell, John Stuckey, Paul Smith, Pamela Hearn, M.D., Gwen Warren, Charlette Fussell, and Tara Lindsey,

IT IS HEREBY ORDERED that the motion be and is granted.  The deadline is extended, through and including April 16, 2026, for Defendants, LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., LaSalle Corrections, LLC, William McConnell, Clay McConnell, John Stuckey, Paul Smith, Pamela Hearn, M.D., Gwen Warren, Charlette Fussell, and Tara Lindsey to respond to Plaintiffs' Complaint [Doc. 1].

Alexandria, Louisiana, this __31st__ day of _____March_____, 2026.

_____
JOSEPH H. L. PEREZ-MONTES
Magistrate Judge