| | | |
|---|---|---|
| KIM CARLSON LEWIS, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:26-cv-00172 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## RULE 12(b)(6) MOTION TO DISMISS
## CLAIMS BY PLAINTIFF, KIM CARLSON LEWIS AND
## PLAINTIFFS' CLAIMS FOR PUNITIVE DAMAGES UNDER STATE LAW

NOW INTO COURT, through undersigned counsel, come Defendants, LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., LaSalle Corrections, LLC (incorrectly named "LaSalle Corrections, L.L.C."), William McConnell, Clay McConnell, John Stuckey, Paul Smith, Pamela Hearn, M.D., Gwen Warren, Charlette Fussell (incorrectly named "Charlotte Fussell"), and Tara Lindsey ("Defendants"), who pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons more fully explained in the attached memorandum, respectfully move the Court to enter an order dismissing with prejudice all claims brought against them by Plaintiff, Kim Carlson Lewis as well as the claims brought against them by Plaintiff, Lindsey Gratehouse, on behalf of her minor child M.G., to the extent Plaintiffs seek punitive damages for alleged violations of state law.

[*signature on next page*]

Respectfully submitted,

*/s/ Ryan G. Lavelle*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE*
*CORRECTIONAL CENTER, L.L.C.,*
*LASALLE CORRECTIONS, LLC, LASALLE*
*MANAGEMENT COMPANY, L.L.C.,*
*WILLIAM McCONNELL, CLAY*
*McCONNELL, JOHN STUCKEY, PAUL*
*SMITH, PAMELA HEARN, M.D., GWEN*
*WARREN, CHARLETTE FUSSELL, and*
*TARA LINDSEY*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Ryan G. Lavelle*
RYAN G. LAVELLE