UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:26-cv-00172 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| *********************************** | * | **JURY TRIAL REQUESTED** |

## RULE 12(b)(6) MOTION TO DISMISS
## LASALLE CORRECTIONAL CENTER, L.L.C., LASALLE MANAGEMENT COMPANY, L.L.C., AND LASALLE CORRECTIONS, LLC

NOW INTO COURT, through undersigned counsel, come Defendants, LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., and LaSalle Corrections, LLC, who pursuant to Fed. R. Civ. P. 12(b)(6), and for reasons more fully explained in the attached memorandum, respectfully move the Court to enter an order dismissing with prejudice all claims brought against them by Plaintiffs, Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf, and Lindsey Gratehouse, on behalf of her minor child M.G.

[*signature on next page*]

Respectfully submitted,

*/s/ Ryan G. Lavelle*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE*
*CORRECTIONAL CENTER, L.L.C.,*
*LASALLE MANAGEMENT COMPANY,*
*L.L.C., AND LASALLE CORRECTIONS, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Ryan G. Lavelle*
RYAN G. LAVELLE

2