UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:26-cv-00172 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ************************************ | * | **JURY TRIAL REQUESTED** |

### RULE 12(b)(6) MOTION TO DISMISS
### WILLIAM McCONNELL, CLAY McCONNELL,
### JOHN STUCKEY, AND PAMELA HEARN, M.D.

NOW INTO COURT, through undersigned counsel, come Defendants, William McConnell, Clay McConnell, John Stuckey, and Pamela Hearn, M.D., who pursuant to Fed. R. Civ. P. 12(b)(6), and for reasons more fully explained in the attached memorandum, respectfully move the Court to enter an order dismissing with prejudice all claims brought against them by Plaintiffs, Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf, and Lindsey Gratehouse, on behalf of her minor child M.G.

Respectfully submitted,

*/s/ Ryan G. Lavelle*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR WILLIAM McCONNELL,*
*CLAY McCONNELL, JOHN STUCKEY, and*
*PAMELA HEARN, M.D.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 16, 2026, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Ryan G. Lavelle*
RYAN G. LAVELLE
