UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:26-cv-00172 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## CORPORATE DISCLOSURE STATEMENT
## ON BEHALF OF LASALLE CORRECTIONS, LLC

NOW INTO COURT, through undersigned counsel, comes Defendant, LaSalle Corrections, LLC, who pursuant to Federal rule of Civil Procedure 7.1, makes the following disclosure statement:

Defendant, LaSalle Corrections, LLC is a Louisiana limited liability company. It does not have a parent corporation. No publicly held company owns ten percent or more of LaSalle Corrections LLC's stock.

Respectfully submitted,

*/s/ Ryan G. Lavelle*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE
CORRECTIONS, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 16, 2026, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Ryan G. Lavelle*
RYAN G. LAVELLE
