IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Kim Carlson *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:        1:26-CV-00172 |
| | ) | |
| vs. | ) | Judge:        Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:   Joseph H. L. Perez-Montes |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS MOTION TO DISMISS**

Plaintiffs, through their undersigned counsel, submit this motion for an extension of time to file their response to all Defendants' motions to dismiss, up to and including May 29, 2026. In support of their motion Plaintiffs state as follows:

1.      On January 21, 2026, Plaintiffs filed their complaint in this Court against Harris County, Texas, Sheriff Ed Gonzalez, LaSalle Correctional Center, LLC, LaSalle Management Company, LLC, and numerous other individual Defendants. (ECF No. 1)

2.      On March 12, 2026, Defendants Sheriff Gonzalez and Harris County filed Motions to Dismiss for Failure to state a claim pursuant to Rule 12(b)(6). (ECF No. 16 and 17).

3.      Per the Court's ruling on March 19, 2026, in ECF No. 28, Plaintiffs' opposition briefs to Defendants Sheriff Gonzalez and Harris County's motions to dismiss are due thirty days from the date of the order, April 18, 2026. That date

falls on a Saturday, so Plaintiffs' deadline to file opposition briefs is April 20, 2026, pursuant to Fed. R. Civ. P. 6.

4.      On April 15, 2026, Plaintiffs emailed counsel of record and requested a 21-day extension to respond to the Sheriff and County's motions to dismiss and/or amend the complaint to address the issues raised in the motion. Plaintiffs requested a response by 1 p.m. the next day. Plaintiffs did not receive a response from the Sheriff or Harris County.

5.      Counsel for Plaintiffs will be on trial from April 20, 2026, to May 8, 2026. Plaintiffs thus seek twenty-one (21) days after the completion of trial to file Plaintiffs' brief in opposition to all Defendants motions to dismiss.

6.      Also, on April 16, 2026, multiple other Defendants, including Defendants LaSalle Correction Center LLC, LaSalle Corrections LLC., LaSalle Management Co. LLC, Tara Lindsey, Clay McConnell William McConnell, Charlotte Fussell, Pamela Hearn, Paul Smith, John Stuckey, and Gwen Waren, filed motions to dismiss (ECF No. 31, 32, 33, 34).

7.      Plaintiffs request to file their brief in opposition to the Sheriff and Harris County's motions to dismiss on or before May 29, 2026.

8.      Plaintiffs emailed counsel regarding the relief requested in this motion and received no response from the Sheriff or Harris County.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs leave to file their opposition brief to the Sheriff and Harris County's motions to dismiss on or before May 29, 2026.

Respectfully Submitted,

/s/ *Sam Harton*

|  |  |
|---|---|
| Aaron N. Maples<br>Brendan Connick<br>**Maples & Connick**<br>733 Dante Street, Suite H New Orleans, LA 70118<br>Tel: 504-269-3870<br>aaron@maplesconnick.com<br>brendan@maplesconnick.com | **Romanucci and Blandin, LLC** Antonio Romanucci (pro hac vice)<br>Stephen Weil (pro hac vice)<br>Sam Harton (pro hac vice)<br>321 N. Clark St.<br>Chicago, IL 60654<br>Tel: (312) 458-1000<br>Fax: (312) 458-1004<br>sweil@rblaw.net<br>sharton@rblaw.net<br>aromanucci@rblaw.net<br>cjohnson@rblaw.net<br>dkelly@rblaw.net<br><br>*Attorneys for Plaintiffs* |

Brando