IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Kim Carlson *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:        1:26-CV-00172 |
| | ) | |
| vs. | ) | Judge:        Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:   Joseph H. L. Perez-Montes |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

This cause coming before the Court and after due consideration, the

Plaintiffs' Motion for Extension of Time to Respond to Defendants Sheriff Ed

Gonzalez and Harris County's Motions to Dismiss is GRANTED. Plaintiffs must file

their opposition brief to the Sheriff and Harris County's Motions to Dismiss on or

before May 29, 2026.

_____

The Honorable Joseph H L Perez-Montes