| | | | |
|---|---|---|---|
| Kim Carlson *et al.*, | ) | | |
| | ) | | |
| Plaintiffs, | ) | Case No: | 1:26-CV-00172 |
| | ) | | |
| vs. | ) | Judge: | Dee D. Drell |
| | ) | | |
| Harris County, Texas *et al.*, | ) | Mag. Judge: | Joseph H. L. Perex-Montes |
| | ) | | |
| Defendants. | ) | | |

## PLAINTIFFS' NOTICE THAT DEFENDANTS DO NOT OPPOSE PLAINTIFFS' MOTION FOR EXTENSION, ECF NO. 42

Plaintiffs, through their undersigned counsel, submit this notice to clarify that Defendants Sheriff Gonzalez and Harris County (collectively "Harris County Defendants") do not oppose Plaintiffs' motion for their brief in opposition to the Harris County Defendants' Motions to Dismiss be extended to May 29, 2026. (ECF No. 42). On April 17, 2026, Plaintiff filed her motion to extend the response deadlines and represented to the Court that the Harris County defendants did not respond to correspondence from Plaintiffs' counsel regarding the motion. However, it has since been discovered that one of the attorneys for the Harris County Defendants was inadvertently left off of the correspondence. On April 20, 2026, Plaintiff conferred further with counsel for Harris County, and they confirmed they do not oppose Plaintiffs' request to extend the deadline to May 29, 2026. In addition, counsel for Plaintiffs conferred further with counsel for the rest of the named Defendants, who also confirmed they do not oppose Plaintiffs' motion for extension

to respond to the Harris County Defendants motions to dismiss. Therefore, Plaintiffs' request to extend her response time to the Harris County Defendants' motions to dismiss from April 20, 2026, (ECF 16 and 17) to May 29, 2026, is unopposed.

Respectfully Submitted,

/s/ *Stephen H. Weil*

Aaron N. Maples
Brendan Connick
**Maples & Connick**
733 Dante Street, Suite H New Orleans, LA 70118
Tel: 504-269-3870
aaron@maplesconnick.com
brendan@maplesconnick.com

**Romanucci and Blandin, LLC**
Antonio Romanucci (pro hac vice)
Stephen Weil (pro hac vice)
Sam Harton (pro hac vice)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
sweil@rblaw.net
sharton@rblaw.net
aromanucci@rblaw.net
dkelly@rblaw.net

*Attorneys for Plaintiffs*

## SERVICE LIST

Seth Hopkins
Susannah Mitcham
**HARRIS COUNTY ATTORNEY'S OFFICE**
1019 Congress Street

Houston, TX 77002
(713) 755-5101
Seth.Hopkins@HarrisCountyTx.gov
Susannah.Mitcham@harriscountytx.gov

Gregory Burnett
**HARRIS COUNTY DISTRICT
ATTORNEY'S OFFICE**
1201 Franklin Street Suite 600
 Houston, TX 77002
(713) 274-5800
Greg.Burnett@HarrisCountyTx.gov

*Attorneys for Defendants Harris
County, Texas and Ed Gonzalez*


Deidre McGlinchey
Ryan Lavelle
Timothy G Shafer
**Jones Walker, LLP**
201 St Charles Ave, Ste 1500
New Orleans, LA 70170
dmcglinchey@joneswalker.com
rlavelle@joneswalker.com
gschafer@joneswalker.com


*Attorneys for Defendants LaSalle
Correctional Center, L.L.C.,
LaSalle Corrections, L.L.C.,
LaSalle Management Company,
L.L.C., Clay McConnell,
William McConnell, Pamela Hearn,
Charlotte Fussell, Shannon Brewer,
Gwen Warren, Denise Finlay, Mariah
Dickey, John Stuckey, Paul Smith and
Lieutenant Morehead*