IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Kim Carlson *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:       1:26-CV-00172 |
| | ) | |
| vs. | ) | Judge:         Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:   Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS MOTION TO DISMISS**

Plaintiffs, through their undersigned counsel, submit this motion for an extension of time to file their response to Defendants LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., LaSalle Corrections, LLC, William McConnell, Clay McConnell, John Stuckey, Paul Smith, Pamela Hearn, M.D., Gwen Warren, Charlette Fussell, and Tara Lindsey ("LaSalle Defendants"), motions to dismiss, up to and including May 29, 2026. In support of their motion Plaintiffs state as follows:

1.      On January 21, 2026, Plaintiffs filed their complaint in this Court against Harris County, Texas, Sheriff Ed Gonzalez, LaSalle Correctional Center, LLC, LaSalle Management Company, LLC, and numerous other individual Defendants. (ECF No. 1)

2.      On April 16, 2026, the LaSalle Defendants filed Motions to Dismiss for Failure to state a claim pursuant to Rule 12(b)(6). (ECF No. 31, 32, 33, and 34).

3.    Pursuant to Local Rule 7.4, Plaintiffs' opposition briefs to the LaSalle

Defendants' motions to dismiss are due April 30, 2026.

4.    Plaintiffs' counsel will be on trial from April 20, 2026 to May 8, 2026.

Plaintiffs thus seek twenty-one (21) days after the completion of trial to file

Plaintiffs' brief in opposition to all Defendants motions to dismiss.

5.    Plaintiff requests to file her brief in opposition to the LaSalle Defendants'

motions to dismiss be due on or before May 29, 2026.

6.    On April 28, 2026, Plaintiffs emailed counsel of record and asked

whether they opposed an extension to the LaSalle Defendants' motions to dismiss.

Counsel for the LaSalle Defendants responded they do not oppose the motion. At

the time of this filing, counsel for Harris County did not respond.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that

this Court enter an order granting Plaintiffs leave to file their opposition brief to

the LaSalle Defendants motions to dismiss (ECF 31, 32, 33, and 34) on or before

May 29, 2026.


Respectfully Submitted,

/s/  *John Chris Guillet*                    /s/  *Colton Johnson Taylor*

John Chris Guillet                          **Romanucci and Blandin, LLC**
Ronald E Corkern, Jr                        Stephen Weil (pro hac vice)
**Law Offices of J Chris Guillet**          Sam Harton (pro hac vice)
507 2nd Street,                             Colton Johnson Taylor (pro hac vice)
Natchitoches, LA 70714                      321 N. Clark St.
Tel: 318-379-4410                           Chicago, IL 60654
chris@guilletlaw.com                        Tel: (312) 458-1000
rcorkern@corkerncrews.net                   Fax: (312) 458-1004
                                            sweil@rblaw.net

sharton@rblaw.net
cjohnson@rblaw.net

*Attorneys for Plaintiffs*

## SERVICE LIST

Seth Hopkins
**Law Offices of Seth Hopkins**
1318 Emancipation Ave
Houston, TX 77003
337-540-9120
Seth.Hopkins@HarrisCountyTx.gov

Susannah Mitcham
**HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE**
1019 Congress 15th Fl
Houston, TX 77002
(713) 274- 5193
susannah.mitcham@harriscountytx.gov

*Attorneys for Defendants Harris County, Texas and Ed Gonzalez*

Deidre McGlinchey
Timothy G Schafer
Ryan Lavelle
**Jones Walker**
201 St Charles Ave Ste 5100
New Orleans, LA 70170
504-596-2733
dmcglinchey@joneswalker.com
gschafer@joneswalker.com
rlavelle@joneswalker.com

*Attorneys for Defendants LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, Pamela Hearn, Charlotte Fussell, Shannon Brewer, Gwen Warren, Denise Finlay, Mariah Dickey, John Stuckey, Paul Smith and Lieutenant Morehead*