IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Kim Carlson *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:    1:26-CV-00172 |
| | ) | |
| vs. | ) | Judge:    Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:  Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

This cause coming before the Court and after due consideration, the

Plaintiffs' Motion for Extension of Time to Respond to the LaSalle Defendants

Motions to Dismiss in ECF 31, 32, 33, and 34 is GRANTED. Plaintiffs must file

their opposition briefs to ECF 31, 32, 33, and 34 on or before May 29, 2026.

May 1, 2026

_____
The Honorable Joseph H L Perez-Montes