IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Kim Carlson *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:     1:26-CV-00172 |
| | ) | |
| vs. | ) | Judge:       Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:  Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

This cause coming before the Court and after due consideration, the

Plaintiffs' Motion for Extension of Time to File a Response is GRANTED. Plaintiffs'

Motion for Leave to File an Omnibus Response Brief with Excess Pages is

GRANTED. Plaintiffs may file an omnibus response brief not exceeding 50 pages in

opposition to the Harris County Defendants' Motions to Dismiss (ECF Nos. 16, 17)

and LaSalle Defendants' Motions to Dismiss (ECF Nos. 31, 32, 33, 34) on or before

June 1, 2026

_____
The Honorable Joseph H L Perez-Montes