**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**KIM CARLSON LEWIS ET AL**                    **CASE NO.   1:26-CV-00172**

**VERSUS**                                     **JUDGE DRELL**

**HARRIS COUNTY TX ET AL**                     **MAGISTRATE JUDGE PEREZ-MONTES**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion for Extension of Time to File Response filed on June 08, 2026 by Lindsey Gratehouse, Kim Carlson Lewis was DEFICIENT for the following reason(s):

✓     Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.3 for additional information.
      The motion cannot be referred to chambers until this deficiency is corrected.

**Within three (3) days of receipt of this notice, please file a "Proposed Order" or the court may strike the document.** All filing deadlines previously set remain in effect. Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office. **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.