**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| Carlson et al., | |
| Plaintiffs, | Case No. 1:26-cv-172 |
| v. | Judge Dee D. Drell |
| Harris County, Texas *et al.*, | Mag. Judge Joseph H.L. Perez-Montes |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 16, 17, 31, 32, 33, 34)**

Plaintiffs, through their undersigned counsel, submit this motion for a two-week extension of time to submit their response to the motions to dismiss currently pending in this case, (ECF Nos. 16, 17, 31, 32, 33, 34).  In support of their motion Plaintiffs state as follows:

1.     There are pending motions to dismiss Plaintiffs' complaint in this case.  *See* ECF Nos. 16, 17, 31, 32, 33, 34.

2.     An attorney ethics matter has arisen in this case.

3.     Plaintiff counsel have determined that the ethics matter should be addressed before Plaintiffs file their response to the motions to dismiss.

4.     Plaintiffs' response to the dismissal motions is June 8, 2026.  *See* ECF 48.

5.     Plaintiffs' counsel believes that the ethics matter can be addressed with a 14-day extension of the response deadline, to June 22, 2026.

6.     Plaintiffs have conferred with counsel for the defendants, who do not oppose extending said deadline.

WHEREFORE, Plaintiffs respectfully request a 14-day extension, to June 22, 2026, to respond to the pending motions to dismiss.

Date:  June 9, 2026 */s/*

*Christopher Guillet*

J. Chris Guillet - Attorney at Law, LLC
507 2nd Street
Natchitoches, LA 71457
318-379-4410  Office
318-471-2545   Mobile
chris@guilletlaw.com

*/s/ Ronald E. Corknern, Jr.*

Ronald E. Corkern, Jr. - Attorney at Law
616 Front Street
Natchitoches, LA 71457
318-352-2302  Office
318-471-7167  Mobile
rcorkern@ccglawfirm.com

Respectfully submitted,

*/s/ Stephen H. Weil*
Sam Harton
Stephen H. Weil
Romanucci & Blandin LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
sharton@rblaw.net
sweil@rblaw.net
312-458-1000