**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| Carlson et al., | |
| Plaintiffs, | Case No. 1:26-cv-172 |
| v. | Judge Dee D. Drell |
| Harris County, Texas *et al.*, | Mag. Judge Joseph H.L. Perez-Montes |
| Defendants. | |

### ORDER

CONSIDERING THE FOREGOING Unopposed Motion for Extension of Time to Respond to Defendant's Motions to Dismiss (ECF Nos. 16, 17, 31, 32, 33 and 34) filed on behalf of Plaintiffs.

IT IS HEREBY ORDERED THAT Plaintiff's Motion is **GRANTED**. Plaintiffs have until June 22, 2026, to file their Response to Defendant's Motions to Dismiss (ECF Nos. 16, 17, 31, 32, 33 and 34).

Alexandria, Louisiana, this _____day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE