**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

Carlson et al.,

               Plaintiffs,

 v.

Harris County, Texas *et al.*,

               Defendants.

Case No. 1:26-cv-172

Judge Dee D. Drell

Mag. Judge Joseph H.L. Perez-Montes

**ORDER**

CONSIDERING THE FOREGOING Unopposed Motion for Extension of Time to Respond to Defendant's Motions to Dismiss (ECF Nos. 16, 17, 31, 32, 33 and 34) filed on behalf of Plaintiffs.

IT IS HEREBY ORDERED THAT Plaintiff's Motion is **GRANTED**. Plaintiffs have until June 22, 2026, to file their Response to Defendant's Motions to Dismiss (ECF Nos. 16, 17, 31, 32, 33 and 34).

Alexandria, Louisiana, this __10th__ day of June, 2026.

~~UNITED STATES DISTRICT JUDGE~~

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE