UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KIM CARLSON LEWIS, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:26-cv-00172 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

CONSIDERING THE FOREGOING "Unopposed Motion for Extension of Time to Reply to Plaintiff's Consolidated Response (Doc. 54)" filed on behalf of Defendants, LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., LaSalle Corrections, LLC, William McConnell, Clay McConnell, John Stuckey, Paul Smith, Pamela Hearn, M.D., Gwen Warren, Charlette Fussell, and Tara Lindsey,

IT IS HEREBY ORDERED that the motion be and is granted. The deadline is extended, until and including July 20, 2026, for Defendants to reply to Plaintiff's Consolidated Response to Defendants' Motions to Dismiss (Doc. 54).

Alexandria, Louisiana, this __29th__ day of _____June_____, 2026.

_____
JOSEPH H. L. PEREZ-MONTES
Magistrate Judge