**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| Lindsey Gratehouse, *et al.*, | |
| Plaintiffs, | Case No. 1:26-cv-172 |
| v. | Judge Dee D. Drell |
| Harris County, Texas, et al., | Mag. Judge Joseph H.L. Perez-Montes |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kim Carlson Lewis, as Personal Representative of Erik Carlson, deceased, and on her own behalf ("Plaintiff Carlson Lewis"), hereby gives notice that she is dismissing her claims against the defendants in this action.  No Defendant named in the complaint has served an answer or a motion for summary judgment in this action. Accordingly, Plaintiff Carlson Lewis notices voluntary dismissal of her claims against the defendants without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

The separate plaintiff in this action, Plaintiff Lindsey Gratehouse, on behalf of her minor child, M.G., is not dismissing her claims in this action. Accordingly, Plaintiff Lindsey Gratehouse's claims against the defendants in this action are unaffected by the dismissal. *Cf.* 27A Fed. Proc., Lawyers' Ed. § 62:481 *Relation of voluntary dismissals to other rules and statutes—Dismissal by fewer than all plaintiffs* ("Fewer than all of the plaintiffs may voluntarily dismiss either by way of a Fed. R. Civ. P. 41(a)(1)(A)(i) notice of dismissal or a Fed. R. Civ. P. 41(a)(2) motion for dismissal.").

[SIGNATURE ON FOLLOWING PAGE]

Date: July 3, 2026

Respectfully submitted,

/s/ Chris Guillet [with consent]

*/s/ Stephen H. Weil*

J. Chris Guillet - Attorney at Law, LLC
507 2nd Street
Natchitoches, LA 71457
318-379-4410  Office
318-471-2545   Mobile
chris@guilletlaw.com

Ronald E. Corkern, Jr. - Attorney at Law
616 Front Street
Natchitoches, LA 71457
318-352-2302  Office
318-471-7167   Mobile
rcorkern@ccglawfirm.com

Sam Harton*
Stephen H. Weil*
Romanucci & Blandin LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
sharton@rblaw.net
sweil@rblaw.net
312-458-1000

* Admitted *pro hac vice*

*Counsel for Plaintiff*